BEFORE THE SECOND DIVISION, DECEMBER 23, 1964

No. 68970.—Fox Custom House Brokers, Inc. v. United States, protests 61/22460, 61/22463, and 61/22464 (Cleveland).

Opinion by Lawrence, J.   In accordance with stipulation of counsel (which is limited to rolled copper engravers' plates and does not include plates of matte or gravure quality) that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiff was sustained.